UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-CV-11277-GAO

CHESTER J. CHALUPOWSKI, Jr., Individually
and as Trustee and Beneficiary of the Chalupowski
Family Trust and 26-30 Andrew Street Realty
Trust, and MALGORZTA B. NABIALVZYK,

        Plaintiffs,

v.

JANIS M. BERRY, Individually and in her
Capacity as Associate Justice of the Massachusetts
Appeals Court,

        Defendant.



## NOTICE OF APPEARANCE

Please enter on the docket my appearance as attorney on behalf of the defendant Janis M. Berry, Individually and in her Capacity as Associate Justice of the Massachusetts Appeals Court.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Juliana deHaan Rice, BBO# 564918
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2062
facsimile (617) 727-5785

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 8/4/04.

Dated: August 4, 2004