UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 OCT 29 P 2:41

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Docket #04-11277GAO

CHESTER J. CHALUPOWSKI Jr.
INDIVIDUALLY AND AS TRUSTEE
AND BENEFICIARY OF
THE CHALUPOWSKI FAMILY TRUST AND
26-30 ANDREW STREET REALTY TRUST
& MALGORZATA B. NABIALCZYK
                Plaintiffs

V.

JANIS M. BERRY, INDIVIDUALLY
AND IN HER OFFICIAL CAPACITY
AS ASSOCIATE JUSTICE OF THE
APPEALS COURT OF MASSACHUSETTS
                Defendant

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT DUE TO DEFENDANT'S FAILURE TO PROVIDE AN ANSWER TO THE COMPLAINT

On September 9, 2004, service of the above captioned action was made upon the Defendant, Janis M. Berry, Associate Justice of the Appeals Court. True copies of the Constable's certificate of service both at the Appeals Court Clerk's Office, Three Center Plaza 7th Floor, as well as at the Attorney General Office, One Ashburton Place, Room 1813, are attached hereto.

The Defendant failed to provide an answer to the complaint within 20 days after service of the summons.

THEREFORE, the Plaintiffs respectfully request that the default judgment be entered against the Defendant in the above captioned matter.


Respectfully submitted Pro Se


Chester J. Chalupowski, Jr.                             Malgorzata B. Nabialczyk
119 Water Street, #65
Beverly, MA 01915
(978) 921 4945


October 29, 2004


CERTIFICATE OF SERVICE

We, Chester J. Chalupowski, Jr. and Malgorzata B. Nabialczyk, hereby certify that on this date a true copy of the within motion was served by first class mail upon the Defendant.


Chester J. Chalupowski, Jr.                             Malgorzata B. Nabialczyk

⊗AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE SEPTEMBER 9, 2004 |
| NAME OF SERVER *(PRINT)* BARBARA L. BEDUGNIS | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ONE ASHBURTON PLACE, BOSTON, MA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): ACCEPTED IN HAND BY TIMOTHY LEBLANC, SUPPORT SERVICES, AT ATTORNEY GENERAL'S OFFICE, ONE ASHBURTON PLACE, BOSTON, MASSACHUSETTS.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $11.00 | SERVICES $25.00 | TOTAL $36.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on SEPTEMBER 9, 2004    *Signature of Server*
                    Date
BARBARA L. BEDUGNIS, CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS 02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>SEPTEMBER 9, 2004 |
| NAME OF SERVER (PRINT)<br>BARBARA L. BEDUGNIS | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: THREE CENTER PLAZA, 7th FLOOR, BOSTON, MA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $11.00 | $25.00 | $36.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  SEPTEMBER 9, 2004
           Date

Signature of Server
BARBARA L. BEDUGNIS, CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
Address of Server

*[handwritten margin note: JANIS M. BERRY, ASSOC. JUSTICE APPEALS COURT CLERK'S OFFICE THREE CENTER PLAZA SEVENTH FLOOR BOSTON 9/9]*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.