UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Docket #04-11277-GAO

CHESTER J. CHALUPOWSKI, Jr. et al.
Plaintiffs

v.

JANIS M. BERRY, INDIVIDUALLY
AND IN HER OFFICIAL CAPACITY
AS ASSOCIATE JUSTICE OF THE
APPEALS COURT OF MASSACHUSETTS
Defendant

<u>PLAINTIFFS' MOTION TO REMOVE DEFAULT JUDGMENT
ISSUED BY THIS COURT ON SEPTEMBER 10, 2004 (O'TOOL, J.)
PURSUANT TO RULE 60 (b) (6) of FEDERAL RULES OF CIVIL
PROCEDURE</u>

Now come Chester and Malgorzata Chalupowski, the

Plaintiffs in the above captioned matter, and move this

Honorable Court to remove default judgment entered by this

Court on September 10, 2004. As reasons for their motion

Plaintiffs state as follows:

1. Plaintiffs filed the above captioned complaint with

   this Court on June 8, 2004.

2. Plaintiffs served their Complaint on the Defendant and

   the Office of Attorney General of the Commonwealth of

   Massachusetts on September 9, 2004. True and accurate

   copies of Return of Service are attached hereto as

   Exhibits 1 and 2.

3. Plaintiffs did not receive Defendant's response within 20 days after service as required by statue.

4. On October 29, 2004, Plaintiffs filed their motion asking the court to enter a default judgment against the Defendant due to Defendant's failure to respond to the Complaint in a timely manner, as required by Rule 12 (1) (A) of federal Rules of Civil Procedure.

5. On November 23, 2004, Plaintiffs received a copy of a Notice of Electronic Filing, indicating that their complaint was dismissed on September 10, 2004 – which is one day after the Complaint was served on the Defendant.

6. While reviewing the case file at the U.S. District Court Clerks Office, Plaintiffs discovered a copy of Defendant's response to their Complaint dated August 4, 2004 – almost a month before the complaint was actually served on the Defendant.

7. Plaintiffs were never provided a copy of Defendant's response, nor did they ever expect to receive any response before they served their Complaint on the Defendant on September 9, 2004.

8. Plaintiffs are puzzled by the chronology of events related to their complaint.

9.  Therefore, the Plaintiffs respectfully request this court vacate the judgment of dismissal entered on September 10, 2004, to allow Plaintiffs to try their case on its merits.

10. Plaintiffs respectfully request a hearing on their instant motion.


Respectfully submitted Pro Se


Chester J. Chalupowski, Jr.                    Malgorzata Chalupowski
119 Water Street, #65
Beverly, MA 01915
(978) 921 4945


### Certificate of Service

We, Chester and Malgorzata Chalupowski, hereby certify that on this date a true copy of the foregoing motion was served via first class mail postage prepaid and registered mail, returned receipt requested, on attorney of record for the Defendant.


Chester J. Chalupowski, Jr.                    Malgorzata Chalupowski


Dated: January 7, 2005

3

**EXHIBIT 1**

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

Chester J. Chalupowski, Jr. Individually and as
Trustee and Beneficiary of the ChalupowskiFamily
Trust and 26-30 Andrew Street Trust
& Malgorzata B. Nabialczyk    **PLAINTIFFS**

V.

Janis M. Berry, Individually and in her
Official Capacity as Associate Justice
of the Appeals Court of Massachusetts
     **DEFENDANT**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04 - 11277 GAO

TO: (Name and address of Defendant)

Janis M. Berry, Associate Justice
Appeals Court
Clerk's Office
Three Center Plaza, Seventh Floor
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Chester J. Chalupowski, Jr., Pro Se
Malgorzata B. Nabialczyk, Pro Se
119 Water Street, #65
Beverly, MA 01915

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

6-9-04
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | SEPTEMBER 9, 2004 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| BARBARA L. BEDUGNIS | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: THREE CENTER PLAZA, 7th FLOOR, BOSTON, MA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $11.00 | $25.00 | $36.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  SEPTEMBER 9, 2004
　　　　　　　　　　Date

*Signature of Server*
BARBARA L. BEDUGNIS, CONSTABLE
ZROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT 2

# UNITED STATES DISTRICT COURT

District of _MASSACHUSETTS_

Chester J. Chalupowski, Jr. Individually and as
Trustee and Beneficiary of the ChalupowskiFamily
Trust and 26-30 Andrew Street Trust
& Malgorzata B. Nabialczyk      **PLAINTIFFS**

V.

Janis M. Berry, Individually and in her
Official Capacity as Associate Justice
of the Appeals Court of Massachusetts
                              **DEFENDANT**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04 - 1 1 2 7 7 GAO

TO: (Name and address of Defendant)

Janis M. Berry, Associate Justice
Appeals Court
Clerk's Office
Three Center Plaza, Seventh Floor
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Chester J. Chalupowski, Jr., Pro Se
Malgorzata B. Nabialczyk, Pro Se
119 Water Street, #65
Beverly, MA 01915

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  6-9-04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | SEPTEMBER 9, 2004 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| BARBARA L. BEDUGNIS | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ONE ASHBURTON PLACE, BOSTON, MA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): ACCEPTED IN HAND BY TIMOTHY LEBLANC, SUPPORT SERVICES, AT ATTORNEY GENERAL'S OFFICE, ONE ASHBURTON PLACE, BOSTON, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $11.00 | $25.00 | $36.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on SEPTEMBER 9, 2004      _____
            Date      *Signature of Server*

BARBARA L. BEDUGNIS, CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.