UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-CV-11277-GAO

CHESTER J. CHALUPOWSKI, Jr., Individually
and as Trustee and Beneficiary of the Chalupowski
Family Trust and 26-30 Andrew Street Realty
Trust, and MALGORZTA B. NABIALVZYK,

                Plaintiffs,

v.

JANIS M. BERRY, Individually and in her
Capacity as Associate Justice of the Massachusetts
Appeals Court,

                Defendant.

## JUSTICE BERRY'S OPPOSITION TO PLAINTIFFS' MOTION TO REMOVE DEFAULT

For the reasons set forth in her August 4, 2004, Motion to Dismiss, Justice Berry hereby opposes the plaintiffs' January 7, 2005, Motion to Remove Default Judgment.

Respectfully submitted,

JANIS M. BERRY,
By her attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Juliana deHaan Rice, BBO 564918
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2062



**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail by hand) on 1/11/05.

Date:   January 11, 2005