UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Docket: 04-11277-GAO

CHESTER J. CHALUPOWSKI, Jr. et al.
              Plaintiffs

v.

JANIS M. BERRY, INDIVIDUALLY
AND IN HER OFFICIAL CAPACITY
AS ASSOCIATE JUSTICE OF THE
APPEALS COURT OF MASSACHUSETTS
              Defendant

## NOTICE OF APPEAL

Notice is hereby given that Chester and Malgorzata Chalupowski, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the Order entered in this action on the 19th day of January 2005.

Chester J. Chalupowski, Jr. Pro Se
Malgorzata Chalupowski, Pro Se
119 Water Street, #65
Beverly, MA 01915
(978) 921 4945

January 28, 2005

## CERTIFICATE OF SERVICE

We, Chester and Malgorzata Chalupowski, hereby certify that on this date a true copy of the foregoing Notice of Appeal was served upon Counsel for Defendant by first class mail, postage prepaid.


Chester J. Chalupowski, Jr.                    Malgorzata Chalupowski


January 28, 2005