UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHALUPOWSKI
        Plaintiff(s)

v.                                    CIVIL ACTION NO. 04-11277-GAO

BERRY
        Defendant(s)

**AMENDED JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Pursuant to the United States Court of Appeals for the First Circuit MANDATE, dated 11/10/05, the judgment is amended as follows:**

**to the extent the plaintiffs seek declaratory and injunctive relief against the defendant in her individual capacity, their claims are DISMISSED with prejudice based on the defendant's absolute immunity from suit. Insofar as the plaintiffs' claims were brought against the defendant in her official capacity, they are DISMISSED without prejudice pursuant to <u>Younger v. Harris, 401 U.S. 37 (1971)</u>**

SARAH A. THORNTON,
CLERK OF COURT

Dated: 4/27/06                         By Paul S. Lyness
                                                                Deputy Clerk

NOTE:  The post judgment interest rate effective this date is ____%.

(JudgementCivil.wpd - 3/7/2005)